# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) CASE NO. 3:09cv106 (GCM) |
| BARKI, LLC, a North Carolina limited liability company;<br>BRUCE C. KRAMER, an individual, | )<br>)<br>)<br>) |
| Defendants, and | )<br>) |
| RHONDA A. KRAMER, an individual, and FOREST GLEN FARM, LLC, a North Carolina limited liability company, | )<br>)<br>)<br>) |
| Relief Defendants. | ) |

## ORDER APPOINTING RECEIVER

Due to an unanticipated potential conflict that was discovered after his appointment as Receiver herein, Charles E. Lyons needs to recuse himself from further proceedings in his matter;

Accordingly, Charles E. Lyons is hereby removed as Receiver in this matter and **Joseph W. Grier, III** is hereby appointed to serve as Receiver and shall have all of the rights, responsibilities and obligations detailed in the Order Granting Plaintiff's Motion for Statutory Restraining Order, Appointment of Receiver, An Accounting, Expedited Discovery and to Show Cause Regarding

Preliminary Injunction, and Other Equitable Relief filed herein on March 17, 2009.

**IT IS SO ORDERED**.

Signed: March 24, 2009

Graham C. Mullen
United States District Judge