UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | ) ) ) CASE NO. 3:09cv106 (GCM) |
| Plaintiff, | ) ) |
| v. | ) ) |
| BARKI, LLC and BRUCE C. KRAMER, | ) ) |
| Defendants, and | ) ) |
| RHONDA A. KRAMER and FOREST GLEN FARM, LLC, | ) ) ) |
| Relief Defendants. | ) ) |

ORDER RESCHeDULING HEARING ON
PLAINTIFF'S MOTION TO SHOW CAUSE RE: PRELIMINARY INJUNCTION

The hearing on Plaintiff's Motion to Show Cause re: Preliminary Injunction (Docket #2) scheduled for Wednesday, March 25, 2009, is postponed and is hereby rescheduled for Wednesday, April 1, 2009 at 2:00 p.m. in Courtroom 3, 401 W. Trade St., Charlotte, NC 28202.

**IT IS SO ORDERED**.

Signed: March 24, 2009

Graham C. Mullen
United States District Judge