# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

Civil Action No. 3:09-CV-106

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| BARKI, LLC, and BRUCE C. KRAMER, | ) ) ) ) |
| Defendants, and | ) |
| RHONDA A. KRAMER and FOREST GLEN FARM, LLC | ) ) ) |
| Relief Defendants. | ) ) |

## ORDER RESCHEDULING HEARING ON PLAINTIFF'S MOTION TO SHOW CAUSE RE: PRELIMINARY INJUNCTION AND SETTING BRIEFING SCHEDULE

The hearing on Plaintiff's Motion to Show Case re: Preliminary Injunction (Docket Entry 2) scheduled for Wednesday, April 1, 2009, is postponed and is hereby rescheduled for Wednesday, April 15, 2009 at 2:00 p.m. in Courtroom 3, 401 W. Trade St., Charlotte, NC 28202.

The briefing schedule related to the aforementioned hearing is set forth below and has been agreed to by the Commission, Relief Defendant Rhonda Kramer, the Receiver, and counsel for the plaintiffs in the *Manzella, et al. v. Kramer, et al.*, matter in North Carolina state court ("Manzella Plaintiffs"):

A. As to the Memorandum in Opposition Re: Motion for Temporary Restraining Order Motion To Appoint Receiver Motion to Expedite Motion For Order To Show Cause filed by Manzella Plaintiffs (Docket Entry 13):

 Filing by Manzella Plaintiffs in response to the Receiver and Commission's filings: 04/08/09

 Filing by the Commission, Receiver, Defendants, and Relief Defendants in response to any issues newly raised by the Manzella Plaintiffs' filing: 4/13/09

B. As to the issue of the entry of an Interim Order for Modification to the Statutory Restraining Order (Docket Entry 5) for Relief Defendant Rhonda Kramer's Living Expenses:

 Filings for the entry of an Interim Order to permit living expenses for Mrs. Kramer and objections to such an Interim Order: 04/02/09.

**IT IS SO ORDERED.**

Signed: April 2, 2009

Graham C. Mullen
United States District Judge