IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09CV106

| | | |
|---|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | ORDER |
| BARKI, LLC and BRUCE C. KRAMER, | ) ) ) | |
| Defendants, and | ) ) | |
| RHONDA A. KRAMER and FOREST GLEN FARM, LLC, | ) ) ) ) | |
| Relief Defendants. | ) ) | |

This matter is before the court upon its own motion. This matter is set for hearing on April 15, 2009. At the hearing, the court will address, *inter alia*, the issue of Mrs. Kramer's living expenses. The court expects to hear evidence of Mrs. Kramer's living expenses in detail, as well as her efforts to obtain employment. The court will also address the issue of intervention in connection with the preliminary injunction motion.

IT IS SO ORDERED.

Signed: April 7, 2009

Graham C. Mullen
United States District Judge