UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BARKI, LLC, a North Carolina limited liability company;<br>BRUCE C. KRAMER, an individual,<br><br>Defendants, and<br><br>RHONDA A. KRAMER, an individual, and FOREST GLEN FARM, LLC, a North Carolina limited liability company,<br><br>Relief Defendants. | CASE NO. 3:09-CV-106 (GCM) |

## ORDER GRANTING RECEIVER'S MOTION FOR AUTHORITY TO SELL VEHICLES FREE & CLEAR OF LIENS AND ENCUMBRANCES AND TO DEPOSIT NET PROCEEDS INTO RECEIVERSHIP BANK ACCOUNT

This matter was heard on the *Receiver's Motion For Authority To Sell Vehicles Free & Clear of Liens and Encumbrances and to Deposit Net Proceeds Into Receivership Bank Account* (the "Motion"). The Court finds that it has jurisdiction over this matter. The Court has reviewed the Motion and concludes that the relief requested in the motion should be granted.

It is **THEREFORE ORDERED** that Joseph W. Grier, III, Receiver (the "Receiver") of Defendants' and Relief Defendants' assets, is authorized to take actions necessary to relocate and liquidate the following Vehicles free and clear of encumbrances without further order of the court: (a) 2008 Maserati–CP ("Maserati") titled in the names of Bruce Carlton Kramer and Rhonda Yancy Kramer; (b) 2008 Infinity QX56 ("Infinity") titled in the names of Bruce Carlton

Kramer and Rhonda Yancy Kramer; and (c) 2008 Toyota Tundra ("Toyota") titled in the name of Bruce Carlton Kramer; to execute the North Carolina Certificates of Title to the Vehicles to effect a transfer of title and to deposit the net proceeds into the Receivership bank account for the benefit of the Receivership Estate.

Dated this 27th day of April, 2009.

_____
Graham C. Mullen
UNITED STATES DISTRICT JUDGE

2