UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 3:09-cv-106 |
| BARKI, LLC; BRUCE C. KRAMER, | ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| RHONDA A. KRAMER; and FOREST GLEN FARM, LLC, | ) ) ) | |
| Relief Defendants. | ) ) | |

## ORDER

THIS MATTER is before the Court on Relief Defendant Rhonda Kramer's Motion to Allow the Payment of Reasonable Attorneys' Fees and Expenses and Reasonable Accountant Fees.

The Court finds that good cause has been shown for the granting of this Motion.

It is therefore **ORDERED** that counsel for Mrs. Kramer shall be permitted to pay itself for attorneys' fees and expenses incurred by Ms. Kramer to date from the balance of funds held in Ms. Kramer's law firm trust account at Wyatt & Blake, LLP. In addition, it is

**FURTHER ORDERED** that the reasonable and necessary attorneys' fees and expenses incurred by Ms. Kramer shall be paid from the Receivership Estate. Counsel for Ms. Kramer shall submit copies of legal invoices to the Receiver for review to determine that such fees are reasonable and necessary. The Receiver is authorized and directed to pay counsel for Ms. Kramer for all reasonable and necessary fees and expenses.

It is **FURTHER ORDERED** that Ms. Kramer is authorized to retain an accountant to provide professional services in connection with the filing of her 2008 tax returns. The Receiver is authorized and directed to pay all reasonable and necessary accounting fees and expenses incurred by Ms. Kramer. The total amount of attorneys' fees and accountant fees paid by the Receiver on Ms. Kramer's behalf shall be deducted from the amount of the Receivership Estate that Ms. Kramer is ultimately entitled to receive.

This the 17 day of May, 2009.

THE HONORABLE GRAHAM C. MULLEN
SENIOR DISTRICT COURT JUDGE