UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:09cv106 (GCM)

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> BARKI, LLC, a North Carolina limited liability company; <br> BRUCE C. KRAMER, an individual, <br><br> Defendants, and <br><br> RHONDA A. KRAMER, an individual, and FOREST GLEN FARM, LLC, a North Carolina limited liability company, <br><br> Relief Defendants. | **ORDER APPROVING FEE PETITION** |

**THIS MATTER** is before the Court on the Fee Petition of Initial Receiver filed April 21, 2009. No objections or responses have been filed by any party and the time for doing so has now expired.

On review of the Initial Receiver's fee request, the Court finds the services rendered for the period March 17, 2009, through March 20, 2009, and the amounts charged for such services to be justified and approves same.

**IT IS, THEREFORE, ORDERED** that the Fee Petition of Initial Receiver is hereby **APPROVED** and a payment in the amount of **FIVE THOUSAND EIGHTY-ONE DOLLARS AND FIFTY CENTS ($5,081.50)** is hereby **AWARDED**. The Receiver is hereby authorized and

directed to issue a check for said amount payable to the law firm of Sellers, Hinshaw, Ayers, Dortch & Lyons, P.A. from the funds on hand in the Receivership Estate.

Signed: May 28, 2009

Graham C. Mullen
United States District Judge