# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> BARKI, LLC, a North Carolina limited liability company; <br> BRUCE C. KRAMER, an individual, <br><br> Defendants, and <br><br> RHONDA A. KRAMER, an individual, and FOREST GLEN FARM, LLC, a North Carolina limited liability company, <br><br> Relief Defendants. | CASE NO. 3:09-CV-106 (GCM) |

## ORDER GRANTING RECEIVER'S MOTION FOR AUTHORITY TO SELL JEWELRY AND TO DEPOSIT NET PROCEEDS INTO RECEIVERSHIP BANK ACCOUNT

This matter was heard upon *Receiver's Motion For Authority To Sell Jewelry and to Deposit Net Proceeds Into Receivership Bank Account* (the "Motion"). The Court finds that it has jurisdiction over this matter. The Court has reviewed the Motion and concludes that the relief requested in the motion should be granted, there being no objections to the same.

It is **THEREFORE ORDERED** that Joseph W. Grier, III, Receiver (the "Receiver") of Defendants' and Relief Defendants' assets, is authorized to take actions necessary to liquidate the Jewelry, more particularly described in the Motion, without further order of the court including entering into a contract with Leland Little Auctions & Estate Sales, LTD. to retain possession of

the Jewelry and to sell the Jewelry and to deposit the net proceeds into the Receivership bank account for the benefit of the Receivership Estate.

Signed: June 16, 2009

Graham C. Mullen
United States District Judge