UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
**Charlotte Division**
3:09-cv-00106

| | |
|---|---|
| U.S. Commodity Futures Trading Commission, | : |
| | : |
| Plaintiff, | : |
| vs. | : |
| | : |
| Barki, LLC, and | : |
| Bruce C. Kramer, | : |
| | : |
| Defendants, | : |
| | : |
| vs. | : |
| | : |
| <u>Relief Defendants</u> | : |
| Rhonda A. Kramer and | : |
| Forest Glen Farm, LLC. | : |

# **<u>ORDER</u>**

This matter came before the Court on the *Motion for Compensation to Grier Furr & Crisp, PA, Attorneys for the Receiver*, filed on the 18th day of May, 2009, (the "Motion"). The Court finds and concludes as follows:

*Notice of Motion for Compensation for Grier Furr & Crisp, PA* was served upon the parties as required by law. No party in interest has objected to or requested a hearing on the Motion.

Grier Furr & Crisp, PA has rendered valuable services to the Receiver during this civil proceeding, for which they have received no compensation and the reasonable value of services as yet uncompensated is at least $73,153.50.

Grier Furr & Crisp, PA, is entitled to expenses in the amount of $738.54.

IT IS, THEREFORE, ORDERED that the reasonable attorneys' fees and expenses totaling $73,892.04 for Grier Furr & Crisp, PA shall be paid from the Receivership Estate. The Receiver is authorized and directed to pay attorneys for the Receiver for all reasonable and necessary fees and expenses.

Signed: June 19, 2009

Graham C. Mullen
United States District Judge