**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BARKI, LLC, a North Carolina limited liability company;<br>BRUCE C. KRAMER, an individual,<br><br>Defendants, and<br><br>RHONDA A. KRAMER, an individual, and FOREST GLEN FARM, LLC, a North Carolina limited liability company,<br><br>Relief Defendants. | CASE NO. 3:09-CV-106 (GCM) |

**ORDER GRANTING RECEIVER'S MOTION TO SELL IRISH SPORT HORSE FREE & CLEAR OF LIENS AND ENCUMBRANCES AND TO DEPOSIT NET PROCEEDS INTO RECEIVERSHIP BANK ACCOUNT**

This matter was heard on the *Receiver's Motion To Sell Irish Sport Horse Free & Clear of Liens and Encumbrances and to Deposit Net Proceeds Into Receivership Bank Account* (the "Motion"). The Court finds that it has jurisdiction over this matter. No objections have been filed as to the Motion. The Court has reviewed the Motion and concludes that the relief requested in the motion should be granted.

It is **THEREFORE ORDERED** that Joseph W. Grier, III, Receiver (the "Receiver") of Defendants' and Relief Defendants' assets, is authorized to take actions to sell Irish sport horse Quinn for a net benefit to the Receivership Estate of $8,000 free and clear of encumbrances without further order of the court; to execute documents, including an Equine Sale Agreement,

necessary to effect a transfer of title which is currently in the names of Bruce and Rhonda Kramer; and to deposit the net proceeds into the Receivership bank account for the benefit of the Receivership Estate.

Signed: June 19, 2009

Graham C. Mullen
United States District Judge