.

UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BARKI, LLC, a North Carolina limited liability company;<br>BRUCE C. KRAMER, an individual,<br><br>Defendants, and<br><br>RHONDA A. KRAMER, an individual, and FOREST GLEN FARM, LLC, a North Carolina limited liability company,<br><br>Relief Defendants. | CASE NO. 3:09-CV-106 (GCM) |

**ORDER GRANTING RECEIVER'S MOTION FOR AUTHORITY TO SELL HORSE TRAILER FREE & CLEAR OF LIENS AND ENCUMBRANCES, TO RETAIN BROKER TO SELL VEHICLE AND TO ABANDON STATUE**

This matter was heard upon *Receiver's Motion for Authority to Sell Horse Trailer Free & Clear of Liens and Encumbrances, to Retain Broker to Sell Vehicle and to Abandon Statue* filed herein on June 12, 2009, the *First Supplement* thereto filed herein on June 22, 2009 and the *Second Supplement* filed herein on June 23, 2009 (the "Motion"). The Court finds that it has jurisdiction over this matter. The Court has reviewed the Motion and concludes that the relief requested in the Motion should be granted, there being no objections to the same.

It is **THEREFORE ORDERED**:

1. That Joseph W. Grier, III, Receiver of Defendants' and Relief Defendants' assets, (the "Receiver") is authorized to consummate the sale of the Horse Trailer for $5,500 including executing the North Carolina Certificate of Title in the name of Forest Glen Farm, LLC and/or Bruce and Rhonda Kramer to effect a valid transfer of the Horse Trailer and to deposit the net proceeds into the Receivership bank account;

2. That the Receiver is authorized to contract with vehicle broker Bill Sparks to retain possession of the 1999 Ford F-250 extended cab, short bed, 4X4 ("Ford Truck"), to take actions necessary to liquidate the Ford Truck, and to sell the Ford Truck without further order of the court including allowing the Receiver to execute the North Carolina Certificates of Title in the name of Forest Glen Farm, LLC to effect a valid transfer of the Ford Truck and to deposit the net proceeds into the Receivership bank account for the benefit of the Receivership Estate; and

3. That Receiver is authorized to abandon the Incomplete Statue as more fully described in the Motion.

Signed: June 25, 2009

Graham C. Mullen
United States District Judge