UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 3:09-cv-106 |
| BARKI, LLC; BRUCE C. KRAMER, | ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| RHONDA A. KRAMER; and FOREST GLEN FARM, LLC, | ) ) ) | |
| Relief Defendants. | ) ) | |

## **ORDER**

THIS MATTER is before the Court upon Relief Defendant Rhonda Kramer's Motion for an Additional Interim Allowance. Based upon the reasons stated in the Motion, the Court finds that good cause exists for the granting of the Motion.

It is therefore **ORDERED** that the Motion is **GRANTED** and the Receiver is hereby authorized to pay to Ms. Kramer an interim monthly living allowance of $1,750.00 for the month of July 2009, and $1,750.00 for the month of August 2009.

Further, should the Receiver determine, in his reasonable discretion, that the interim

1

allowance for the above period needs to be adjusted upward or downward, the Receiver may make such adjustments without further Court Order.

Further, if it is determined that any of the frozen assets may be returned to Ms. Kramer based on their having been acquired prior to the initiation of Barki, LLC, or a finding that Ms. Kramer had no liability or culpability in the scheme alleged in the Complaint as a Relief Defendant or otherwise, than any amounts paid to Ms. Kramer by the Receiver for the interim allowance shall be deducted from any frozen assets that are paid over to Ms. Kramer by the Receiver.

Signed: July 6, 2009

Graham C. Mullen
United States District Judge