# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>        **Plaintiff,**<br><br>v.<br><br>BARKI, LLC, a North Carolina limited liability company;<br>BRUCE C. KRAMER, an individual,<br><br>        **Defendants, and**<br><br>RHONDA A. KRAMER, an individual, and FOREST GLEN FARM, LLC, a North Carolina limited liability company,<br><br>        **Relief Defendants.** | **CASE NO. 3:09-CV-106 (GCM)** |

---

## ORDER GRANTING RECEIVER'S MOTION FOR AUTHORITY TO ENTER INTO EXCLUSIVE RIGHT TO SELL LISTING AGREEMENTS WITH JULIE R. BREEDLOVE, REALTOR/BROKER, AND COLDWELL BANKER UNITED REALTORS TO MARKET AND SELL REAL PROPERTY

This matter was heard upon *Receiver's Motion for Authority to Enter Into Exclusive Right to Sell Listing Agreements with Julie R. Breedlove, Realtor/Broker, and Coldwell Banker United Realtors to Market and Sell Real Property* filed herein on June 29, 2009 (the "Motion"). The Court finds that it has jurisdiction over this matter. The Court has reviewed the Motion and concludes that the relief requested in the Motion should be granted, there being no objections to the same.

It is **THEREFORE ORDERED**:

That Joseph W. Grier, III, Receiver of Defendants' and Relief Defendants' assets, (the "Receiver") is authorized:

> (a) to enter into the Listing Agreements on behalf of the Receivership, true copies of which are attached to the Motion, with Julie Breedlove and Coldwell Banker United Realtors;
>
> (b) to conditionally accept an offer for the Real Property, more particularly described in the Listing Agreements and the Motion, subject to a ten day notice and objection period to investors and other parties requesting notice in this case and court order approving any offer;
>
> (c) to participate in a closing to transfer the Real Property after the entry of a court order allowing acceptance of an offer, including the authority to execute a Limited Warranty Deed(s) in the names of Bruce C. Kramer, Rhonda A. Kramer and/or Forest Glen Farm, LLC; and
>
> (d) to deposit proceeds of the sale of the Real Property into the designated Receivership bank account as authorized by the Receivership Order.

Signed: July 14, 2009

Graham C. Mullen
United States District Judge