FILED
CHARLOTTE, NC

SEP 2 9 2009

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

**U.S. COMMODITY FUTURES TRADING COMMISSION,**

    **Plaintiff,**

**v.**

**BARKI, LLC, a North Carolina limited liability company;**
**BRUCE C. KRAMER, an individual,**

    **Defendants, and**

**RHONDA A. KRAMER, an individual, and FOREST GLEN FARM, LLC, a North Carolina limited liability company,**

    **Relief Defendants.**

**CASE NO. 3:09-CV-106 (GCM)**

---

### ORDER GRANTING RECEIVER'S MOTION FOR AUTHORITY TO RETAIN BROKER AND TO SELL VEHICLE FREE AND CLEAR OF LIENS AND ENCUMBRANCES AND TO DEPOSIT NET PROCEEDS INTO RECEIVERSHIP BANK ACCOUNT

This matter was heard on the *Receiver's Motion For Authority to Retain Broker and to Sell Vehicle Free & Clear of Liens and Encumbrances and to Deposit Net Proceeds Into Receivership Bank Account* (the "Motion"). The Court finds that it has jurisdiction over this matter. The Court has reviewed the Motion and concludes that the relief requested in the motion should be granted.

It is **THEREFORE ORDERED** that Joseph W. Grier, III, Receiver (the "Receiver") of Defendants' and Relief Defendants' assets, is authorized to take actions necessary to relocate and liquidate the 2005 Lexus SC 430 titled in the name of Bruce Carlton Kramer; to execute the

North Carolina Certificate of Title to the Lexus to effect a transfer of title and to deposit the net proceeds into the Receivership bank account for the benefit of the Receivership Estate.

Dated this 29th day of Sept , 2009.

_Graham C. Mullen_
UNITED STATES DISTRICT JUDGE