IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09 CV 106-MU

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BARKI, LLC, a North Carolina limited liability company;<br>BRUCE C. KRAMER, an individual, and<br>FOREST GLEN FARM, LLC, a North Carolina limited liability company,<br>)<br>Relief Defendants. ) | ORDER |

## ORDER REQUESTING RECEIVER'S REPORT

THIS MATTER is before the court on its own motion. The court hereby orders the Receiver, Joseph W. Grier, III, to produce a report that (1) sets out each investor's rolled-over distributions and (2) includes the rolled-over distributions when calculating net investment; rolled-over distributions are the illusory profits that were ostensibly accruing to each investor's account.

Signed: October 22, 2009

Graham C. Mullen
United States District Judge