# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> BARKI, LLC, a North Carolina limited liability company; <br> BRUCE C. KRAMER, an individual, <br><br> Defendants, and <br><br> RHONDA A. KRAMER, an individual, and FOREST GLEN FARM, LLC, a North Carolina limited liability company, <br><br> Relief Defendants. | CASE NO. 3:09-CV-106 (GCM) |

## ORDER GRANTING RECEIVER'S MOTION TO MAKE SECOND INTERIM DISTRIBUTION AND TO ESTABLISH DISTRIBUTION AMOUNTS

This matter came before the Court upon *Receiver's Motion to Make Second Interim Distribution and to Establish Distribution Amounts* (the "Motion") filed by Joseph W. Grier, III, the Court-appointed receiver ("Receiver") in this action, through counsel, on September 15, 2010. (D.E. 186). The Court, having reviewed the Motion and pleadings filed in response thereto, finds as follows:

1. The Court finds that it has jurisdiction over this matter;

2. Notice was proper;

3. The relief requested in the Motion did not draw any response or objection;

4. Upon review of the Motion the Court finds and concludes that the Motion should be granted.

IT IS, THEREFORE, ORDERED that:

1) The Motion is GRANTED;as provided

2) The total interim distribution amount of $1,432,200.00 is approved; and

3) The Receiver is authorized to make a second interim distribution to Investors with approved claims as set forth on Exhibit A attached to the Motion.

Signed: September 30, 2010

Graham C. Mullen
United States District Judge