UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division
3:09-cv-00106

| | |
|---|---|
| U.S. Commodity Futures Trading Commission, | ) ) ) |
| Plaintiff, | ) |
| vs. | ) ) |
| Barki, LLC, and<br>Bruce C. Kramer, | ) ) ) |
| Defendants, | ) ) |
| vs. | ) ) |
| <u>Relief Defendants</u><br>Rhonda A. Kramer and<br>Forest Glen Farm, LLC. | ) ) ) ) |

# **ORDER**

This matter came before the Court on the *Motion for Compensation to Grier Furr & Crisp, PA, Attorneys for the Receiver*, filed on the 20th day of July, 2011, (the "Motion"). The Court finds and concludes as follows:

*Notice of Motion for Compensation for Grier Furr & Crisp, PA* was served upon the parties as required by law. No party in interest has objected to or requested a hearing on the Motion.

Grier Furr & Crisp, PA has rendered valuable services to the Receiver during this civil proceeding, for which they have received no compensation and the reasonable value of services as yet uncompensated is at least $6,513.00.

Grier Furr & Crisp, PA, is entitled to expenses in the amount of $106.79

IT IS, THEREFORE, ORDERED that the reasonable attorneys' fees and expenses totaling **$6,619.79** for Grier Furr & Crisp, PA shall be paid from the Receivership Estate. The Receiver is authorized and directed to pay attorneys for the Receiver for all reasonable and necessary fees and expenses.

Signed: August 24, 2011

*[Signature]*

Graham C. Mullen
United States District Judge