# United States District Court
# For The Western District of North Carolina
# Charlotte Division

US Commodity Futures Trading Commission,

       Plaintiffs,                       JUDGMENT IN A CIVIL CASE

vs.                                          3:09-cv-106-GCM

Barki, LLC, et al.,

       Defendants.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 30, 2011 Order.

                                      Signed: September 30, 2011

Frank G. Johns, Clerk
United States District Court