IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BARKI, LLC, a North Carolina limited liability company;<br>BRUCE C. KRAMER, an individual,<br><br>Defendants, and<br><br>RHONDA A. KRAMER, an individual, and FOREST GLEN FARM, LLC, a North Carolina limited liability company,<br><br>Relief Defendants. | CASE NO. 3:09-CV-106 (GCM) |

**ORDER GRANTING RECEIVER'S MOTION TO MAKE THIRD INTERIM DISTRIBUTION AND TO ESTABLISH DISTRIBUTION AMOUNTS**

This matter came before the Court upon *Receiver's Motion to Make Third Interim Distribution and to Establish Distribution Amounts* (the "Motion") filed by Joseph W. Grier, III, the Court-appointed receiver ("Receiver") in this action, through counsel, on September 15, 2011 (D.E. 214). The Court, having reviewed the Motion and pleadings filed in response thereto, finds as follows:

1. The Court finds that it has jurisdiction over this matter;

2. Notice was proper;

3. The relief requested in the Motion did not draw any response or objection;

4. Upon review of the Motion the Court finds and concludes that the Motion should be granted.

IT IS, THEREFORE, ORDERED that:

1)  The Motion is GRANTED;as provided

2)  The total interim distribution amount of $168,196.95 is approved; and

3)  The Receiver is authorized to make a third interim distribution to Investors with approved claims as set forth on Exhibit A attached to the Motion.

Signed: October 4, 2011

Graham C. Mullen
United States District Judge