UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division
3:09-cv-00106

| | |
|---|---|
| U.S. Commodity Futures Trading Commission, | : |
| Plaintiff, | : |
| vs. | : |
| Barki, LLC, and<br>Bruce C. Kramer, | : |
| Defendants, | : |
| vs. | : |
| <u>Relief Defendants</u><br>Rhonda A. Kramer and<br>Forest Glen Farm, LLC. | : |

**ORDER**

This matter came before the Court on the *Final Motion for Compensation to Grier Furr & Crisp, PA, Attorneys for the Receiver*, filed on the 16th day of February, 2012, (the "Motion"). The Court finds and concludes as follows:

*Notice of Motion for Compensation for Grier Furr & Crisp, PA* was served upon the parties as required by law. No party in interest has objected to or requested a hearing on the Motion.

Grier Furr & Crisp, PA has rendered valuable services to the Receiver during this civil proceeding, for which they have received no compensation and the reasonable value of services as yet uncompensated is at least $10,097.50.

Grier Furr & Crisp, PA, is entitled to expenses in the amount of $103.03

IT IS, THEREFORE, ORDERED that the reasonable attorneys' fees and expenses totaling **$10,200.53** for Grier Furr & Crisp, PA shall be paid from the Receivership Estate. The Receiver is authorized and directed to pay attorneys for the Receiver for all reasonable and necessary fees and expenses.

Signed: March 20, 2012

*[signature]*

Graham C. Mullen
United States District Judge