U.S. Commodity Futures Trading        :
Commission,        :
       :
          Plaintiff,        :
       :
vs.        :
       :
Barki, LLC, and        :
Bruce C. Kramer,        :
       :
          Defendants,        :
       :
vs.        :
       :
<u>Relief Defendants</u>        :
Rhonda A. Kramer and        :
Forest Glen Farm, LLC.        :

## <u>ORDER</u>

        This matter came before the Court on the *Final Motion for Compensation to Grier Furr & Crisp, PA, Attorneys for the Receiver*, filed on the 16th day of February, 2012, (the "Motion"). The Court finds and concludes as follows:

        *Notice of Motion for Compensation for Grier Furr & Crisp, PA* was served upon the parties as required by law.  No party in interest has objected to or requested a hearing on the Motion.

        Grier Furr & Crisp, PA has rendered valuable services to the Receiver during this civil proceeding, for which they have received no compensation and the reasonable value of services as yet uncompensated is at least $10,097.50.

        Grier Furr & Crisp, PA, is entitled to expenses in the amount of $103.03

        IT IS, THEREFORE, ORDERED that the reasonable attorneys' fees and expenses totaling **$10,200.53** for Grier Furr & Crisp, PA shall be paid from the Receivership Estate.  The Receiver is authorized and directed to pay attorneys for the Receiver for all reasonable and necessary fees and expenses.

Signed: March 20, 2012

Graham C. Mullen
United States District Judge