# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division
### 3:09-cv-00106

|                                                                                                 |   |
|---|---|
| U.S. Commodity Futures Trading Commission,<br><br>    Plaintiff,<br>vs.<br><br>Barki, LLC, and<br>Bruce C. Kramer,<br><br>    Defendants,<br><br>vs.<br><br><u>Relief Defendants</u><br>Rhonda A. Kramer and<br>Forest Glen Farm, LLC. | : : : : : : : : : : : : : : : : : : : |

## **ORDER**

This matter came before the Court on the *Final Motion for Compensation to Edward P. Bowers and Middleswarth, Bowers & Company, Accountants for the Receiver*, filed on the 16th day of February, 2012. (the "Motion"). The Court finds and concludes as follows:

*Notice of Motion for Compensation for Edward P. Bowers and Middleswarth, Bowers & Company,* was served upon the parties as required by law. No party in interest has objected to or requested a hearing on the Motion.

Edward P. Bowers and Middleswarth, Bowers & Company have rendered valuable services to the Receiver during this civil proceeding, for which they have received no compensation and the reasonable value of services as yet uncompensated is at least $4,000.00.

Edward P. Bowers and Middleswarth, Bowers & Company, are entitled to expenses in the amount of $0.00.

IT IS, THEREFORE, ORDERED that the reasonable accounts' fees totaling $4,000.00 for Edward P. Bowers and Middleswarth, Bowers & Company shall be paid from the Receivership Estate. The Receiver is authorized and directed to pay accountants for the Receiver for all reasonable and necessary fees and expenses.

Signed: March 20, 2012

Graham C. Mullen
United States District Judge