UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BARKI, LLC, a North Carolina limited liability company;<br>BRUCE C. KRAMER, an individual,<br><br>Defendants, and<br><br>RHONDA A. KRAMER, an individual, and FOREST GLEN FARM, LLC, a North Carolina limited liability company,<br><br>Relief Defendants. | CASE NO. 3:09-CV-106 (GCM) |

## ORDER APPROVING RECEIVER'S FINAL REPORT AND ACCOUNTING AND DISMISSING THE RECEIVER

This matter came before the Court upon *Receiver's Motion for Approval of Final Receiver's Report and Accounting and for Dismissal of Receiver* (the "Motion") filed by Joseph W. Grier, III, the Court-appointed receiver ("Receiver") in this action, through counsel, on February 16, 2012 (D.E. 230). The Court, having reviewed the Motion and pleadings filed in response thereto, finds as follows:

1. The Court finds that it has jurisdiction over this matter;

2. Notice was proper;

3. The relief requested in the Motion did not draw any response or objection;

4. Upon review of the Motion the Court finds and concludes that the Motion should be granted and that the Receiver's Final Report and Accounting filed herein on February 16, 2012 (D.E. 229) is approved.

IT IS, THEREFORE, ORDERED that:

1) The Motion is GRANTED;

2) The Receiver's Final Report and Accounting (D.E. 229) is approved; and

3) The Receiver is hereby DISMISSED.

Signed: March 20, 2012

*Graham C. Mullen*
Graham C. Mullen
United States District Judge